UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00154-KJD-VCF |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER/HALFWAY HOUSE |
| DARIAN LOUIS COHEN | ) | |
| Defendant, | ) | |

Presently before the Court is the matter of *United States v. Darian Louis Cohen,* 2:14-cr-00154-KJD-VCF.

On January 21, 2015, this Court held a hearing for Sentencing as to Mr. Cohen. The Court ordered that Mr. Cohen reside in the residential re-entry center/halfway house for a period of up to four (4) months.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Darian Louis Cohen reside in a residential re-entry center/half way house for a period of up to four (4) months. It is further ordered that all previous conditions and terms of release will stay in place.

DATED THIS 21st day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE