1    JASON M. FRIERSON
     United States Attorney
2    District of Nevada
     Nevada Bar Number 7709
3    DANIEL J. COWHIG
     Assistant United States Attorney
4    501 Las Vegas Boulevard South, Suite 1100
     Las Vegas, Nevada 89101-6514
5    (702) 388-6336
     daniel.cowhig @usdoj.gov
6    *Representing the United States of America*

7
                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA

9    UNITED STATES OF AMERICA,            Case No. 2:14-cr-154-KJD-VCF

10              Plaintiff,                ORDER    to Modify the Court's
                                          ORDER contained within the Court's
11   vs.                                  MINUTES OF PROCEEDINGS at
                                          ECF No. 117
12   DARIAN LOUIS COHEN,

13              Defendant.

14

15

16          It is stipulated and agreed, by and between Jason M. Frierson, United States Attorney,

17   and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of

18   America, and Rene L. Valladares, Federal Public Defender, and Jackie Witt, Assistant Federal

19   Public Defender, counsel for offender Darian Louis Cohen, to request that the Court amend

20   the ORDER contained within the Court's MINUTES OF PROCEEDINGS of the

21   Miscellaneous Hearing held on September 20, 2022, at ECF No. 117 by striking the language

22   "FURTHER ORDERED that probation is to coordinate with the U.S. Marshal to have this

23   defendant released for a day in order to obtain his identification" and "travel to Fallon,

24   Nevada," and inserting the language "enter the inpatient treatment program designated by the

supervising probation officer", so that the amended MINUTES OF PROCEEDINGS read as follows:

> MINUTES OF PROCEEDINGS - Hearing re status check regarding detention as to Darian Louis Cohen held on 9/20/2022 before Magistrate Judge Daniel J. Albregts. Crtrm Administrator: J. Ries; AUSA: Daniel Cowhig; Def Counsel: Jacquelyn Witt; USPO: Joy Gabonia; Recording start and end times: 4:08 - 4:31; Courtroom: 3A; Defendant is present in custody. The court canvasses and hears representations from the parties regarding an inpatient substance abuse program. ORDERED that detention order [110] is modified to allow the defendant to participate in an inpatient substance abuse program as directed by his supervising officer. Counsel advises the court that the defendant does not have a valid identification card. The defendant is to be returned back to the U.S. Marshal and remain in custody until probation designates a day in which the defendant can enter the inpatient treatment program designated by the supervising probation officer and the U.S. Marshal will release the defendant to the custody of probation. Status check is set for October 13, 2022, 2:00 p.m., Courtroom 3A. Defendant is remanded to custody.

The officer supervising defendant Cohen, U.S. Probation Officer Landon VanWormer, concurs with this modification.

This stipulation is made and the change requested because the U.S. Probation Office (USPO) encountered additional logistical hurdles in placing defendant Cohen in the contracted inpatient substance abuse treatment program based in Fallon, Nevada, and resolved logistical hurdles in placing him in the contracted program in Las Vegas, Nevada. As a result, the USPO

1   will be able to place defendant Cohen in the program based in Las Vegas well before they

2   would be able to place him in the program in Fallon. The parties have conferred and defendant

3   Cohen has consented to placement in the inpatient substance abuse treatment program based in

4   Las Vegas, Nevada.

5           To expedite defendant Cohen's placement in an inpatient substance abuse treatment

6   program, the parties request the Court make the requested changes to the order.

7   Respectfully submitted this September 22, 2022.

8   Counsel for DARIAN LOUIS COHEN          JASON M. FRIERSON
                                            United States Attorney
9

10  _____//s//_Jackie Witt_____      _____//s//_Daniel J Cowhig_____
    JACKIE WITT                              DANIEL J. COWHIG
11  Assistant Federal Public Defender        Assistant United States Attorney

12

13      IT IS SO ORDERED:   9/23/2002

14

15

16      DANIEL J. ALBREGTS
        U. S. Magistrate Judge
17

18

19

20

21

22

23

24

3