RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Darian Louis Cohen

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>DARIAN LOUIS COHEN,<br><br>              Defendant. | Case No. 2:14-cr-00154-KJD-VCF-1<br><br>ORDER    **TO VACATE STATUS CHECK**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Darian Louis Cohen, that the Status Check currently scheduled on October 13, 2022 at 2:00 pm, be vacated.

This Stipulation is entered into for the following reasons:

1.     This hearing was set for the purpose of checking the status of Mr. Cohen's placement in an inpatient treatment program. United States Probation Officer VanWormer has informed undersigned counsel that Mr. Cohen is no longer in custody and was transported to an inpatient treatment program in Las Vegas, Nevada.

2. Therefore, the parties agree that the hearing is no longer necessary.

3. Mr. Cohen is out of custody and does not oppose vacating the hearing.

This is the first request to vacate the Status Check.

DATED this 27th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Jacquelyn N. Witt<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | /s/ Bianca R. Pucci<br>By_____<br>Bianca R. Pucci<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARIAN LOUIS COHEN,<br><br>    Defendant. | Case No. 2:14-cr-00154-KJD-VCF-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Status Check currently scheduled for Thursday, October 13, 2022 at 2:00 p.m., be vacated.

DATED this 27th day of September, 2022.

_____
DANILE J. ALBREGTS
U. S. Magistrate Judge