UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00154-KJD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DARIAN LOUIS COHEN, | |
| Defendant. | |

     IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Wednesday, May 28, 2025 at 1:00 p.m. be vacated and continued to June 17, 2025 at the hour of 10:00 am in LV Courtroom 3B.

     DATED this  28  of May 2025.

_____

UNITED STATES MAGISTRATE JUDGE

3