UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00154-KJD-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| DARIAN COHEN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Unopposed Motion for Status Hearing is GRANTED, and a hearing is set for December 17, 2025, at the hour of 9:30 a.m. in courtroom 4A.

DATED this 16th day of December, 2025.

_____
Honorable Kent J. Dawson
District of Nevada District Court Judge